Clarence DUKES, Plaintiff–Appellant,

v.

Richard WILSON, Business Manager, Defendant–Appellee.

No. 13–6910.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 28, 2013.

Decided: Nov. 5, 2013.

Clarence Dukes, Appellant Pro Se.

Lara Kate Jacobs Todd, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Dukes appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dukes v. Wilson,* No. 7:11–cv–00530–NKM–RSB (W.D.Va. August 28, 2012; May 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*